—Ke'Shaun Petty

Clerk of court us district court
North Carolina Middle District
324 W. market street Greensboro, NC 27401

Time it happened
1:00-1:15 AM

FILED IN THIS OFFICE
JUL 28 2025
Clerk U.S. District Court
Greensboro, NC
By CB

On Friday July 18th i had fell off the top bunk while i was sleep and when i had fell i hit the back of my head and when i fell i had blacked out and when i had finally woke up it was hard for me to stand cause as i tried to get up i was so dizzy that when i tried to get up i had fell against the wall and when the nuse came i told them what happened and that my neck and head was hurting very bad and they Just gave me ice Packs then i told them it was felling even worse and i asked to go to the hostpital and they said "I dont think we can do that" and i told them that whenever i stand up sometimes i fell dizzy still wouldnt do anything about it and they knew that i have sizures and they still put me on the top bunk because i even take medicne for my sizures and i even told them thats its hard for me to sleep at night cause of the pain im felling in the back of my head and my neck and i told them that my head started bleeding then i kept asking to go to the hostpital but they wouldnt let me and they didnt let me get an x-ray for my neck or at least one to check the back of my head.

—Ke'shaun Petty

Clerk of court US district court
North Carolina Middle District
324 W. Market Street
Greensboro, NC 27401

Time it happened
↓
8:00 AM

On Tuesday July 15th i was sleeping on the top bunk then i had fell off and i had hit my head hard on the table and i had hit my knee on the edge of the chair and as i got up it was hard for me because the knee i hit was the same one i had got surgery on cause i had tore my ACL on that knee i hit when i had fell and then when i had got up my mouth was istanly hurting and then it had started bleeding and my teeth on both sides in the back of my mouth started to hurt very bad and i asked to go to the hostpital many times but they kept refusing to help me or anything and i kept asking for someone to at least check and make sure that my teeth or my mouth wasnt broken or anything but they kept refusing to help me or anything and they wouldnt even take me to go get an x-ray for my head or my mouth.